FILED

05 APR 25 PM 2:3

ROBERT R. DI TRULIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              No. 05-cr-201110-B-P

TAMELA BRACEY,

    Defendant.

ORDER

    This matter came before the Court upon the written request of Tamela Bracey to waive her personal appearance at the report date on Monday, April 25, 2005. For good cause shown, Ms. Bracey's request is granted. Her personal appearance at the Monday, April 25, 2005 report date is hereby waived. Her report shall be made by her attorney of record.

    IT IS SO ORDERED.

J. DANIEL BREEN
United States District Court Judge

DATE: April 25, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-28-05

79

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:05-CR-20110 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT