IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                   No. 05-CR-201110-B-P

TAMELA BRACEY,

    Defendant.

ORDER

    This matter came before the Court upon the written request of Tamela Bracey to waive her personal appearance at the report date on Monday, October 31, 2005.  For good cause shown, Ms. Bracey's request is granted.  Her personal appearance at the Monday, October 31, 2005 report date is hereby waived.  Her report shall be made by her attorney of record.

    IT IS SO ORDERED.

_____
J. DANIEL BREEN
United States District Court Judge

DATE: 11/3/05

Approved for entry:

_____
T. Clifton Harviel,
Attorney for Tamela Bracey

Date: 11-3-05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 121 in case 2:05-CR-20110 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT